IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-cv-00180-D

ABDO MOHAMMED ET AL., )
)
            Plaintiff, )
) **ORDER**
            v. )
)
SECRETARY OF DHS, ET AL. )
)
            Defendant. )

UPON CONSIDERATION OF the Plaintiffs' Motion to Dismiss Complaint and the consent of the United States,

IT IS HEREBY ORDERED on this __2__ day of August, 2021, that the Plaintiffs' Motion to Dismiss is GRANTED and this case is dismissed with prejudice.

SO ORDERED.

                                        */s/ J. Dever*
                                        JAMES C. DEVER III
                                        United States District Judge